UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MICHAEL KLETT,

                Plaintiff,

v.

US GOVERNMENT-IRS, *et. al.*,

                Defendants.

Case No. 3:18-cv-00005-MMD-VPC

ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE VALERIE P. COOKE

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (ECF No. 4) ("R&R") relating to Plaintiff's application to proceed *in forma pauperis* ("IFP Application") (ECF No. 1) and *pro se* complaint (ECF No. 1-1). Plaintiff had until May 16, 2018, to file his objection. (ECF No. 4.) To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection"). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review*. See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

The Magistrate Judge recommends granting Plaintiff's IFP Application and dismissing Plaintiff's Complaint with prejudice. (ECF No. 4 at 3-4.) Because Plaintiff has failed to timely file an objection, the Court will adopt the R&R.

It is therefore ordered, adjudged, and decreed that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 4) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without having to prepay the full filing fee is granted.

It is further ordered that the Clerk detach and file the Complaint (ECF No. 1-1).

It is further ordered that the Complaint (ECF No. 1-1) is dismissed with prejudice.

It is further ordered that the Clerk enter judgment and close this case.

DATED THIS 22nd day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE